# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-15-00673-CV

---

**L. H. and T. H., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY, NO. 267,051-B, JACK WELDON JONES, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant T. H. filed his notice of appeal on October 27, 2015. The appellate record was complete November 2, 2015, making appellant's brief due November 23, 2015. On November 20, 2015, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than December 14, 2015. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on December 1, 2015.

Before Justices Puryear, Goodwin, and Bourland